(February 10, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS HUERTAS, Appellant.—Judgment of the Supreme Court, Bronx County (Joseph Cerbone, J.), rendered August 20, 1986, which, after trial by jury and after defendant's conviction of robbery in the second degree, a violent felony offense, deemed the conviction vacated and adjudicated him a youthful offender and sentenced him to a term of six months' imprisonment and 4½ years' probation, is modified, on the law, to vacate the imposition of the mandatory surcharge of $100 assessed by the court pursuant to Penal Law § 60.35, and otherwise affirmed.

Subdivision (1) of Penal Law § 60.35 mandates the imposition of a penalty assessment or mandatory surcharge upon a conviction for a felony, a misdemeanor, or a violation. However, a youthful offender adjudication such as that made herein is not a judgment of conviction (CPL 720.35 [1]; *People v Floyd J.,* 61 NY2d 895), and we, therefore, modify to vacate this surcharge.

We have examined the remaining issues raised by defendant and find them to be without merit. Concur—Murphy, P. J., Carro, Asch, Milonas and Rosenberger, JJ.